IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| HARWOOD, TIMOTHY D. | ) | CASE NO. 09-24959 |
| HARWOOD, PATRICIA K. | ) | |
| | ) | JUDGE TIMOTHY A. BARNES |
| Debtor(s) | ) | |

## TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

TO:   THE HONORABLE TIMOTHY A. BARNES,
      BANKRUPTCY JUDGE

NOW COMES <u>NORMAN NEWMAN</u>, Trustee herein, pursuant to 11 U.S.C. §330, and requests $<u>2,273.10</u> as compensation, $<u>0.00</u> of which has previously been paid, and $<u>0.00</u> for reimbursement of expenses, $<u>0.00</u> of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total Disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $<u>15,230.96</u>. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of first $5,000.00 | $         1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $         1,023.10 | ($4,500.00 max.) |
| 5% of next $950,000.00 | $              0.00 | ($47,500.00 max.) |
| 3% of balance | $              0.00 | |
| | | |
| TOTAL COMPENSATION | $         2,273.10 | |

## II. TRUSTEE'S EXPENSES

TOTAL EXPENSES                                                $_____0.00

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated: 9/5/12                                              /s/ Norman Newman
                                                       NORMAN NEWMAN, Trustee
                                                       MUCH SHELIST
                                                       191 N. WACKER DRIVE
                                                       SUITE 1800
                                                       CHICAGO, IL  60606-1615

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000   F 312.521.2100

FEIN 36-2757501

Timothy D. and Patricia K. Harwood
c/o Norman B. Newman
191 N Wacker Dr
Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **08/14/2012**

Billing Attorney: **Norman B. Newman**

Matter Number: **0008069.0009**

09 - Trustee Matters

### FEES THROUGH AUGUST 14, 2012

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 08/21/09 | NBN | Review schedules and SOFA regarding creditors and New Hampshire real estate (.80); letter to H. Fox regarding additional information regarding real estate (.20). | 1.00 |
| 09/01/09 | NBN | Telephone conference with H. Fox regarding follow-up on request for information regarding real estate. | 0.20 |
| 09/02/09 | NBN | Two telephone call with K. Schnoor regarding employment of real estate broker (.30); review broker information for motion (.20). | 0.50 |
| 09/03/09 | NBN | Telephone conference with R. Wichland regarding listing in New Hampshire property. | 0.20 |
| 09/11/09 | NBN | Review correspondences from and telephone call with S. Banks, Remax regarding listing agreement. | 0.30 |
| 11/11/09 | NBN | Review order authorizing employment of real estate broker (.20); telephone call with S. Bank's regarding signing documents (.20). | 0.40 |
| 01/05/10 | NBN | Review ad for New Hampshire real estate. | 0.20 |
| 01/11/10 | NBN | Review listing agreement and status from Steve Banks. | 0.20 |
| 06/16/10 | NBN | Correspondence with real estate broker re: lowering asking price for vacant lot. | 0.20 |
| 07/20/10 | NBN | Review latest ad for New Hampshire real estate. | 0.20 |
| 11/09/10 | NBN | Review revised listing agreement and correspondences with broker regarding lowering sale price. | 0.20 |
| 05/25/11 | NBN | Correspondences with H. Fox regarding status of sale of real estate. | 0.20 |
| 08/09/11 | NBN | Review filed motion to sell real estate. | 0.30 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**



**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Timothy D. and Patricia K. Harwood
c/o Norman B. Newman
191 N Wacker Dr
Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **08/14/2012**

Billing Attorney: **Norman B. Newman**

Matter Number: **0008069.0009**

09 - Trustee Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 09/06/11 | NBN | Review continuance of sale motion and discuss with J. Gansberg. | 0.30 |
| 12/07/11 | NBN | Telephone conference with S. Banks regarding extending the listing agreement (.20); review revised agreement (.20). | 0.40 |
| 12/08/11 | NBN | Correspondences with S. Banks regarding executed change of Terms Agreement. | 0.20 |
| 01/13/12 | NBN | Review preliminary title report and unpaid real estate taxes (.40); correspondences with title co. representative regarding closing (.20). | 0.60 |
| 01/17/12 | NBN | Discussion with Buyer's representative regarding status of title commitment. | 0.20 |
| 01/24/12 | NBN | Review certified copy of sale order. | 0.20 |
| 01/31/12 | NBN | Telephone conference with representative of title company confirming closing of sale. | 0.20 |
| 02/06/12 | NBN | Review claims bar date notice. | 0.20 |
| 03/06/12 | NBN | Review schedules and updated claim register. | 0.70 |
| 05/07/12 | NBN | Review proofs of claim against schedules. | 0.80 |
| | | **Total Hours** | **7.90** |



**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.