UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 09 B 24959 |
| TIMOTHY D. HARWOOD and | ) | Hon. Timothy A. Barnes |
| PATRICIA K. HARWOOD, | ) | |
| | ) | |
| Debtors. | ) | |

## FINAL APPLICATION OF TRUSTEE'S ATTORNEYS FOR THE ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Much Shelist, P.C. ("Much Shelist"), attorneys for Norman B. Newman, not individually but solely as the Chapter 7 Trustee herein (the "Trustee"), moves this Court, pursuant to Sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016, for the allowance of final compensation and reimbursement of expenses for services rendered during the period August 21, 2009 through August 14, 2012. In support of this Application, Much Shelist respectfully states as follows:

1. On July 9, 2009, the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

2. The Trustee was subsequently appointed, qualified and continues to serve as Trustee in this case.

3. On September 8, 2009, this Court entered an Order authorizing the Trustee to employ Much Shelist as his attorneys in this case.

4. Other than as permitted under Section 504 of the Bankruptcy Code, Much Shelist has no agreement with any person or firm whatsoever with regard to its compensation in this case. To date, Much Shelist has not received any compensation for services rendered or reimbursement of out-of-pocket expenses incurred in this matter.

5.  Much Shelist is entitled to receive final compensation in the amount of $15,991.00 plus reimbursement of out-of-pocket expenses in the amount of $108.34 for services rendered during the period August 21, 2009 through August 14, 2012.

6.  Much Shelist provided 31.00 hours of services on behalf of the Trustee during the time period cover by this application.

7.  The following is a summary of time expended, by individual, during the time period covered by this application:

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | 22.30 hrs. | $587.91/hr.* | $13,110.50 |
| Martin J. Wasserman | 4.90 hrs. | $290.00/hr. | 1,421.00 |
| Jeffrey L. Gansberg | 3.80 hrs. | $384.08/hr.* | 1,459.50 |
| **TOTAL:** | **31.00 hrs.** | | **$15,991.00** |

*During the time period covered by this application, the hourly rates of some of the individuals who provided services changed. The hourly rate reflected is an average rate.

8.  The services rendered are listed chronologically and are separated by activity. Certain time entries could have been listed under a different activity, but there is no duplication of time entries. The services were rendered in connection with and in furtherance of assisting the Trustee in the performance of his duties as delineated by §704 of the Bankruptcy Code. This application complies with the standards enunciated in *In re Continental Securities Litigation*, 572 F. Supp. 931 (N.D. Ill. 1983) modified 692 F.2d 766 (7th Cir. 1992).

9.  At all times relevant hereto, Much Shelist provided legal services in the most efficient and cost effective manner. Much Shelist's goal was to obtain a positive resolution of the matter at hand, while in the process minimizing the costs to the estate.

10. During the time period covered by this application, Much Shelist's attorneys have provided services to the Trustee with respect to the following matters:

A.  **Disposition of Assets (Tab 1)**: Much Shelist expended 22.90 hours in connection with the sale of Debtors' personal property. According to the Debtors' schedules, Debtors had an ownership interest in 5.83 acres of vacant land located in Sanbornton, New Hampshire (the "New Hampshire Property"). Counsel reviewed information pertaining to the New Hampshire Property; participated in numerous telephonic and written communications with the real estate agent regarding an offer and counter-offer, as well as issues with a zoning variance and possible competing buyer for the New Hampshire Property. Time was spent amending the real estate contract, preparing the motion to sell Trustee's interest in the New Hampshire Property and appearing in Court on same. Unfortunately, the first offer to purchase the New Hampshire Property fell through. Counsel appeared in court to continue the motion to sell real estate. Eventually, a new buyer was found. Time was spent amending the purchase agreement, reviewing the title commitment and issues relating to tax liens, obtaining a certified copy of the sale order and executing the necessary documents to finalize the sale (i.e. Release of Escrow, Trustee's Deed). The Trustee sold the New Hampshire Property for $15,000.00.

The individuals who provided services with respect to this matter and the time expended by them are as follows:

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | 18.80 hrs. | $593.19/hr.* | $11,152.00 |
| Martin J. Wasserman | .30 hrs. | $290.00/hr. | 87.00 |
| Jeffrey L. Gansberg | 3.80 hrs. | $384.08/hr.* | 1,459.50 |
| | | | |
| **TOTAL:** | **22.90 hrs.** | | **$12,698.50** |

*During the time period covered by this application, the hourly rates of some of the individuals who provided services changed. The hourly rate reflected is an average rate.

B.  **Employment of Professionals (Tab 2)**: A total of 7.70 hrs. of time was expended by Much Shelist with the preparation of pleadings and appearances in Court on the following

employment motions: Trustee's Motion to Employ Attorneys and to Employ Real Estate Broker. The individuals who provided services in connection with the Trustee's employment of professionals and the time expended by them are as follows:

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | 3.10 hrs. | $555.00/hr. | $1,720.50 |
| Martin J. Wasserman | 4.60 hrs. | $250.00/hr. | 1,334.00 |
| | | | |
| TOTAL: | 7.70 hrs. | | $3,054.50 |

C.   **Claims Administration (Tab No. 3):** Mr. Newman expended a total of .40 hours of services in reviewing the claims register for objectionable claims.

A recap of Mr. Newman's time expended is as follows:

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | .40 hrs. | $595.00/hr. | $238.00 |
| | | | |
| **TOTAL:** | **.40 hrs.** | | **$238.00** |

11.   During the time period covered by this Application, Much Shelist incurred out-of-pocket expenses in the amount of $108.34. Attached hereto as Exhibit "B" is an itemization of Much Shelist's out-of-pocket expenses. Much Shelist asserts that these out-of-pocket expenses were reasonable in its representation of the Trustee.

12.   The services rendered by Much Shelist as the Trustee's attorney have resulted in a benefit to the Trustee and to the creditors of this estate. By reason of the foregoing, Much Shelist states that it is entitled to a final award of compensation and reimbursement of out-of-pocket expenses for services rendered to the Trustee in this matter. Much Shelist understands that the Trustee is not holding sufficient funds in this estate to pay the amount of compensation and expenses requested in full. Much Shelist will accept payment of its pro rata share of the available funds.

**WHEREFORE**, Much Shelist, P.C. respectfully requests that this Court enter an Order as follows:

1. Granting this Application and awarding Much Shelist final compensation in the amount of $15,991.00 plus reimbursement of out-of-pocket expenses in the amount of $108.34 for services rendered during the period August 21, 2009 through August 14, 2012;

2. Authorizing the Trustee to pay Much Shelist the amount awarded forthwith as a Chapter 7 expense of administration of this estate; and

3. Granting such other and further relief as this Court deems just and appropriate.

**Much Shelist, P.C.**


By: /s/ Norman B. Newman
      One of Its Attorneys




Norman B. Newman (Atty. ID# 02045427)
**Much Shelist, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
Telephone: 312-521-2000
Facsimile: 312-521-2100
nnewman@muchshelist.com