UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 09-24959 |
|---|---|---|
| HARWOOD, TIMOTHY D. | § | |
| HARWOOD, PATRICIA K. | § | Hon. Timothy A. Barnes |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that NORMAN NEWMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on October 30, 2012 in Courtroom 642, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, Illinois. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _/ /_____ By: /s/NORMAN NEWMAN
Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60606-1615
(312) 521-2000

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: HARWOOD, TIMOTHY D. § Case No. 09-24959
HARWOOD, PATRICIA K. §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 15,230.96 |
| and approved disbursements of | $ 7,404.69 |
| leaving a balance on hand of [1] | $ 7,826.27 |

**Balance on hand:** $ 7,826.27

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 7,826.27

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Norman B. Newman, Trustee | 2,273.10 | 0.00 | 968.29 |
| Attorney for Trustee, Fees - Much Shelist, P.C. | 15,991.00 | 0.00 | 6,811.83 |
| Attorney for Trustee, Expenses - Much Shelist, P.C. | 108.34 | 0.00 | 46.15 |

Total to be paid for chapter 7 administration expenses: $ 7,826.27
Remaining balance: $ 0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 164,048.21 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | 4,903.46 | 0.00 | 0.00 |
| 2 | DISCOVER BANK | 4,280.42 | 0.00 | 0.00 |
| 3 | PYOD LLC its successors assignee of Citibank | 22,404.79 | 0.00 | 0.00 |
| 4 | Chase Bank USA, N.A. | 6,476.57 | 0.00 | 0.00 |
| 5 | Chase Bank USA, N.A. | 585.13 | 0.00 | 0.00 |
| 6 | Chase Bank USA, N.A. | 5,272.54 | 0.00 | 0.00 |
| 7 | American Express Centurion Bank | 16,024.36 | 0.00 | 0.00 |
| 8 | American Express Centurion Bank | 27,850.45 | 0.00 | 0.00 |
| 9 | Chase Bank USA, N.A. | 14,721.68 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| 10 | FIA CARD SERVICES, NA/BANK OF AMERICA | 9,909.33 | 0.00 | 0.00 |
|---|---|---|---|---|
| 11 | FIA CARD SERVICES, NA/BANK OF AMERICA | 13,018.03 | 0.00 | 0.00 |
| 12 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7,829.57 | 0.00 | 0.00 |
| 13 | Elan Financial Services | 21,825.11 | 0.00 | 0.00 |
| 14 | First National Bank of Omaha | 8,946.77 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/NORMAN NEWMAN
Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
(312) 521-2000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 09-24959-TAB
Timothy D. Harwood  Chapter 7
Patricia K. Harwood
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1  User: cgreen  Page 1 of 3  Date Rcvd: Sep 24, 2012
                Form ID: pdf006  Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2012.

```
db         +Timothy D. Harwood,    1003 Greenleaf 1 E,   Evanston, IL 60202-4230
jdb        +Patricia K. Harwood,    1003 Greenleaf street #1 E,   Evanston, IL 60202-4230
aty        +Much Shelist Denenberg Ament & Rubenstein, P C,    191 N Wacker Drive,   Suite 1800,
             Chicago, IL 60606-1631
14691286    American Express Centurion Bank,    Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
14678972    American Express Centurion Bank,    c/o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
14145524    Amex,   Acct#: 5523,   PO Box 297871,   Fort Lauderdale, FL  33329-7871
14145523    Amex,   Acct#: 6853,   PO Box 297871,   Fort Lauderdale, FL  33329-7871
14145529   +Chase,   Acct#: 0200,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
14145528   +Chase,   Acct#: 2005,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
14145530   +Chase,   Acct#: 7232,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
14674446    Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
14145531   +Citi Bank,   Acct#: 4146,   PO Box 6241,   Sioux Falls, SD 57117-6241
14145534   +Elan Financial Services,    Acct#: 8802,   777 E. Wisconsin Ave,   Milwaukee, WI 53202-5399
14145536   +FNB Omaha,   Acct#: 1981,   PO Box 3412,   Omaha, NE 68103-0412
14145535    Fifth Third Bank,    Acct#: 5881,   Fifth Third Center,   Cincinnati, OH  45263-0170
14981189   +First National Bank of Omaha,    1620 Dodge St., Stop Code 3105,   Omaha, NE 68197-0002
14145537   +Marquette National Bank,    Acct#: 6086,   6316 S. Western Ave,   Chicago, IL 60636-2440
14145540   +Mike Fine,   Acct#: 0200,   131 S. Dearborn,   Chicago, IL 60603-5517
14145539   +Mike Fine,   Acct#: 7232,   131 S. Dearborn il1-0169,   Chicago, IL 60603-5517
14633871   +PYOD LLC its successors assignee of,    Citibank c/o Resurgent Capital Services,   PO Box 19008,
             Greenville, SC 29602-9008
14954663  ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
           (address filed with court: Elan Financial Services,    P.O. Box 5229,   Cincinnati, OH 45201)
14145541   +VisDSNB,   Acct#: 3532,   9111 Duke Blvd,   Mason, OH 45040-8999
14145542    Washington Mutual,    Acct#: 5395,   PO Box 9001879,   Louisville, KY  40290-1879
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
14630751    E-mail/PDF: mrdiscen@discoverfinancial.com Sep 25 2012 02:59:06     DISCOVER BANK,
             DFS Services LLC,   PO Box 3025,   New Albany, Ohio  43054-3025
14145533    E-mail/PDF: mrdiscen@discoverfinancial.com Sep 25 2012 02:59:06     Discover Financial Sevices,
             Acct#: 0058,   Po Box 15316,   Wilmington, DE  19850
14145532    E-mail/PDF: mrdiscen@discoverfinancial.com Sep 25 2012 02:59:06     Discover Financial Sevices,
             Acct#: 8000,   Po Box 15316,   Wilmington, DE  19850
14932916    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 25 2012 03:29:04
             FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
             Oklahoma City, OK  73124-8809
                                                                                              TOTAL: 4
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
14145538*   +Marquette national Bank.,   Acct#: 6086,   6316 S. Western Avenue,   Chicago., IL 60636-2440
14145525  ##+Bank of America,   Acct#: 3473,   PO Box 17054,   Wilmington, DE 19850-7054
14145527  ##+Bank of America,   Acct#: 3369,   PO Box 1390,   Norfolk, VA 23501-1390
14145526  ##+Bank of America,   Acct#: 2095,   PO Box 1390,   Norfolk, VA 23501-1390
                                                                                   TOTALS: 0, * 1, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: cgreen              Page 2 of 3              Date Rcvd: Sep 24, 2012
                              Form ID: pdf006           Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 26, 2012**              **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: cgreen             Page 3 of 3           Date Rcvd: Sep 24, 2012
                              Form ID: pdf006          Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2012 at the address(es) listed below:
              Beth A Lehman    on behalf of Debtor Timothy Harwood blehman@lehmanfox.com
              Jeffrey L. Gansberg    on behalf of Trustee Norman Newman jgansberg@muchshelist.com,
               nsulak@muchshelist.com
              Martin J Wasserman    on behalf of Trustee Norman Newman mwasserman@carlsondash.com,
               knoonan@carlsondash.com
              Norman B Newman    nnewman@muchshelist.com, IL63@ecfcbis.com;nsulak@muchshelist.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 5