**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: HARWOOD, TIMOTHY D. § Case No. 09-24959
HARWOOD, PATRICIA K. §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

NORMAN NEWMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $237,350.00                Assets Exempt:  $16,995.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $0.00        Claims Discharged
                                              Without Payment: $164,048.21

Total Expenses of Administration: $15,230.96

3) Total gross receipts of $     15,230.96   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       0.00   (see **Exhibit 2**), yielded net receipts of $15,230.96 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $223,525.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 25,777.13 | 25,777.13 | 15,230.96 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 360,495.99 | 164,048.21 | 164,048.21 | 0.00 |
| **TOTAL DISBURSEMENTS** | $584,020.99 | $189,825.34 | $189,825.34 | $15,230.96 |

    4) This case was originally filed under Chapter 7 on July 09, 2009. The case was pending for 40 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/09/2012          By: /s/NORMAN NEWMAN
                                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Vacant Land in New Hampshire | 1110-000 | 15,230.96 |
| **TOTAL GROSS RECEIPTS** | | **$15,230.96** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Marquette national Bank. | 4110-000 | 34,856.00 | N/A | N/A | 0.00 |
| NOTFILED | Washington Mutual | 4110-000 | 188,669.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$223,525.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Norman B. Newman, Trustee | 2100-000 | N/A | 2,273.10 | 2,273.10 | 968.29 |
| Much Shelist, P.C. | 3120-000 | N/A | 108.34 | 108.34 | 46.15 |
| Much Shelist, P.C. | 3110-000 | N/A | 15,991.00 | 15,991.00 | 6,811.83 |
| Lawyers Settlement Services, LLC | 3991-500 | N/A | 1,500.00 | 1,500.00 | 1,500.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Lawyers Settlement Services, LLC | 2500-000 | N/A | 284.95 | 284.95 | 284.95 |
| Lawyers Settlement Services, LLC | 2820-000 | N/A | 2,328.71 | 2,328.71 | 2,328.71 |
| Lawyers Settlement Services, LLC | 2820-000 | N/A | 1,670.61 | 1,670.61 | 1,670.61 |
| Lawyers Settlement Services, LLC | 2820-000 | N/A | 1,438.89 | 1,438.89 | 1,438.89 |
| International Sureties, Ltd. | 2300-000 | N/A | 6.53 | 6.53 | 6.53 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $25,777.13 | $25,777.13 | $15,230.96 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-000 | 8,200.00 | 4,903.46 | 4,903.46 | 0.00 |
| 2 | DISCOVER BANK | 7100-000 | 9,416.00 | 4,280.42 | 4,280.42 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | PYOD LLC its successors assignee of Citibank | 7100-000 | 43,642.00 | 22,404.79 | 22,404.79 | 0.00 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 6,515.00 | 6,476.57 | 6,476.57 | 0.00 |
| 5 | Chase Bank USA, N.A. | 7100-000 | N/A | 585.13 | 585.13 | 0.00 |
| 6 | Chase Bank USA, N.A. | 7100-000 | 5,272.54 | 5,272.54 | 5,272.54 | 0.00 |
| 7 | American Express Centurion Bank | 7100-000 | 31,972.00 | 16,024.36 | 16,024.36 | 0.00 |
| 8 | American Express Centurion Bank | 7100-000 | 55,700.45 | 27,850.45 | 27,850.45 | 0.00 |
| 9 | Chase Bank USA, N.A. | 7100-000 | 14,721.00 | 14,721.68 | 14,721.68 | 0.00 |
| 10 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 18,736.00 | 9,909.33 | 9,909.33 | 0.00 |
| 11 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 25,666.00 | 13,018.03 | 13,018.03 | 0.00 |
| 12 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 14,822.00 | 7,829.57 | 7,829.57 | 0.00 |
| 13 | Elan Financial Services | 7100-000 | 41,578.00 | 21,825.11 | 21,825.11 | 0.00 |
| 14 | First National Bank of Omaha | 7100-000 | 17,274.00 | 8,946.77 | 8,946.77 | 0.00 |
| NOTFILED | Chase | 7100-000 | 14,721.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 6,515.00 | N/A | N/A | 0.00 |
| NOTFILED | Marquette National Bank | 7100-000 | 34,856.00 | N/A | N/A | 0.00 |
| NOTFILED | VisDSNB | 7100-000 | 4,267.00 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank Fifth Third Center | 7100-000 | 1,350.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 5,272.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $360,495.99 | $164,048.21 | $164,048.21 | $0.00 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-24959  
**Case Name:** HARWOOD, TIMOTHY D.  
HARWOOD, PATRICIA K.  
**Period Ending:** 11/09/12

**Trustee:** (330560) NORMAN NEWMAN  
**Filed (f) or Converted (c):** 07/09/09 (f)  
**§341(a) Meeting Date:** 08/20/09  
**Claims Bar Date:** 01/21/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Residence 1003 Greenleaf 1E. Evanston 1st mtge, | 230,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Vacant Land in New Hampshire | 60,000.00 | 54,830.00 | | 15,230.96 | FA |
| 3 | 5th Third Bank checking | 20.00 | 0.00 | DA | 0.00 | FA |
| 4 | American Chartered | 30.00 | 0.00 | DA | 0.00 | FA |
| 5 | First Bank and Trust Evanston joint checking | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | First Bank and Trust of Evanston | 100.00 | 0.00 | DA | 0.00 | FA |
| 7 | clothing | 200.00 | 0.00 | DA | 0.00 | FA |
| 8 | jewelry including necklace and wedding rings | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | Educational IRA s | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 10 | 1999 Nissan Pathfinder/ 165,000 | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Assets Totals (Excluding unknown values) | **$297,350.00** | **$54,830.00** | | **$15,230.96** | **$0.00** |

**Major Activities Affecting Case Closing:**

Order entered on 1/10/12 approving sale of real estate. Closing sale.

**Initial Projected Date Of Final Report (TFR):** September 30, 2010      **Current Projected Date Of Final Report (TFR):** September 21, 2012 (Actual)

Printed: 11/09/2012 11:24 AM    V.13.04

Exhibit 9

## Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 09-24959
**Case Name:** HARWOOD, TIMOTHY D.
HARWOOD, PATRICIA K.
**Taxpayer ID #:** **-***5334
**Period Ending:** 11/09/12

**Trustee:** NORMAN NEWMAN (330560)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******68-65 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/01/12 | | Lawyers Settlement Services, LLC | Settlement Proceeds on sale of real estate in NH | | 8,007.80 | | 8,007.80 |
| | {2} | | Gross Sales Price         15,230.96 | 1110-000 | | | 8,007.80 |
| | | | Real Estate Commission   -1,500.00 | 3991-500 | | | 8,007.80 |
| | | | Seller's Settlement Charges   -284.95 | 2500-000 | | | 8,007.80 |
| | | | 2009 Real Estate Taxes   -2,328.71 | 2820-000 | | | 8,007.80 |
| | | | 2010 Real Estate Taxes   -1,670.61 | 2820-000 | | | 8,007.80 |
| | | | 2011 Real Estate Taxes   -1,438.89 | 2820-000 | | | 8,007.80 |
| 02/07/12 | 1001 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/07/2012 FOR CASE #09-24959, Bond#016026455 | 2300-000 | | 6.53 | 8,001.27 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,976.27 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,951.27 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,926.27 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,901.27 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,876.27 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,851.27 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,826.27 |
| 11/01/12 | 1002 | Norman B. Newman, Trustee | Dividend paid  42.59% on $2,273.10, Trustee Compensation; Reference: | 2100-000 | | 968.29 | 6,857.98 |
| 11/01/12 | 1003 | Much Shelist, P.C. | Dividend paid  42.59% on $108.34, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 46.15 | 6,811.83 |
| 11/01/12 | 1004 | Much Shelist, P.C. | Dividend paid  42.59% on $15,991.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 6,811.83 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 8,007.80 | 8,007.80 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 8,007.80 | 8,007.80 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$8,007.80** | **$8,007.80** | |

{} Asset reference(s)    Printed: 11/09/2012 11:24 AM    V.13.04

Case 09-24959    Doc 51    Filed 12/20/12    Entered 12/20/12 14:16:56    Desc Main
          Document      Page 8 of 8

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 09-24959
**Case Name:** HARWOOD, TIMOTHY D.
HARWOOD, PATRICIA K.
**Taxpayer ID #:** **-***5334
**Period Ending:** 11/09/12

**Trustee:** NORMAN NEWMAN (330560)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******68-65 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts : 8,007.80
Plus Gross Adjustments : 7,223.16
Net Estate : $15,230.96

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******68-65** | 8,007.80 | 8,007.80 | 0.00 |
| | $8,007.80 | $8,007.80 | $0.00 |

{} Asset reference(s)            Printed: 11/09/2012 11:24 AM    V.13.04